No. 73–1723. HILL, ATTORNEY GENERAL OF TEXAS *v.* STONE ET AL., 421 U. S. 289;

No. 74–519. FRANKEL *v.* AMERICAN EXPORT ISBRANDTSEN LINES, INC., 421 U. S. 946;

No. 74–1014. MEISTER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE, 421 U. S. 964;

No. 74–1046. BLANKNER *v.* CITY OF CHICAGO ET AL., 421 U. S. 948;

No. 74–6222. SMITH ET AL. *v.* LINK, GOVERNOR OF NORTH DAKOTA, ET AL., 421 U. S. 970; and

No. 74–6276. SMITH, TRUSTEE IN BANKRUPTCY *v.* BRYANT ET AL., 421 U. S. 979. Petitions for rehearing denied.

*Assignment Order*

An order of THE CHIEF JUSTICE designating and assigning Mr. Justice Clark (retired) to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit on June 6, 1975, and for such additional time as may be required to complete unfinished business, pursuant to 28 U. S. C. § 294 (a), is ordered entered on the minutes of this Court, pursuant to 28 U. S. C. § 295.